1 | **KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
2 | **JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3 | **BIGHORN LAW**
4 | 3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
5 | Phone: (702) 333-1111
Email: josh@BighornLaw.com
6 | *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIERER, an individual and JACKILYN WILLIAMS, an individual, | CASE NO. 2:22-cv-02101-JAD-BNW |
| Plaintiffs, | ECF No. 10 |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, a foreign corporation; DOE DRIVER 1-X; DOE OWNERS 1-X; ROE OWNERS 1-X; ROE EMPLOYERS 1-X, and ROE COMPANIES 1-X, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiffs BRUCE BIERER and JACKILYN WILLIAMS, by and between their counsel of record, Kimball Jones, Esq., and Joshua P. Berrett, Esq., of Bighorn Law, and Defendant GEICO GENERAL INSURANCE COMPANY by and through its counsel of record Thomas Winner, Esq., and Lara L. Miller, Esq., of Winner & Booze, hereby stipulate and agree to the dismissal WITHOUT PREJUDICE of Plaintiffs' Amended Complaint on file herein and all of Plaintiffs' claims asserted against Defendants, subject to a full reservation of the parties' respective rights, with each party to bear its own

///

///

attorneys' fees and costs.

   **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this \_\_\_\_ day of June, 2023. | DATED this 15 day of June, 2023. |
| **BIGHORN LAW** | **WINNER & BOOZE** |
| By: */s/ Joshua P. Berrett*<br>**KIMBALL JONES, ESQ.**<br>Nevada Bar No.: 12982<br>**JOSHUA P. BERRETT, ESQ.**<br>Nevada Bar No.: 12697<br>3675 W. Cheyenne Ave., Suite 100<br>North Las Vegas, Nevada 89032<br>*Attorneys for Plaintiffs* | BY: /s/ [signature]<br>**THOMAS WINNER, ESQ.**<br>Nevada Bar No. 5168<br>**LARA L. MILLER, ESQ.**<br>Nevada Bar No. 12618<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant* |

            **ORDER**

  Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS ORDERED that this action is **DISMISSED** without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

      Dated this 21st day of June, 2023.

              _____
              UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

**BIGHORN LAW**

By: */s/Joshua P. Berrett*
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiffs*