**SAO**
THOMAS E. WINNER
Nevada Bar No. 5168
LARA MILLER
Nevada Bar No. 12618
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIERER, an individual and JACKILYN WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, a foreign corporation; DOE DRIVER I-X; DOE OWNERS I-X; ROE OWNERS I-X; ROE EMPLOYERS I-X, and ROE COMPANIES I-X, <br><br> Defendant. | CASE NO.: 2:22-cv-02101-JAD-BNW <br> DEPT. NO.: <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and Kimball Jones and Joshua Berrett of Bighorn Law for the Plaintiffs, BRUCE BIERER AND JACKILYN WILLIAMS, and Thomas E. Winner and Lara L. Miller of Winner & Booze attorneys for Defendant, GEICO GENERAL INSURANCE COMPANY, that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

Page 1

088-8645

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

DATED this 17 day of July, 2024.

WINNER & BOOZE

_____
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
Attorney for Defendant

BIGHORN LAW

_____
Kimball Jones
Nevada Bar No. 12982
Joshua P. Berrett
Nevada Bar No. 12697
3675 West Cheyenne Avenue
Suite 100
North Las Vegas, NV 89032
Attorney for Plaintiffs

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 18, 2024

Page 2